# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Matt Jenkins

CIVIL CASE NO. 3:11-CV-1191

vs.

JUDGE Katz

United Collection Bureau, Inc., et al.

## PRAECIPE FOR ISSUANCE

- [X] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 7/20/2011

By: Michael D. Slodov, SCR#0051678

Attorney for Citibank (South Dakota) N.A.

revised 02/2009