**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MATT JENKINS, ) | Case No. 3:11-CV-1191 |
| ) | |
| Plaintiff, ) | Judge: David A. Katz |
| v. ) | |
| ) | |
| UNITED COLLECTION BUREAU, INC., et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MOTION TO STRIKE AFFIRMATIVE DEFENSES**

The Plaintiff, Matt Jenkins, by and through the undersigned counsel, and pursuant to FED. R. CIV. P. 12(f), hereby moves the Court for an Order striking Defendant's EIGHTH, NINTH, and ELEVENTH affirmative defenses in its Answer (D.E. 18, p.13).

The grounds for the requested relief are more fully detailed in the accompanying Memorandum of Law in support of this motion.

This motion is based on this document, on the accompanying Memorandum of Law, on the pleadings and papers already on file in this action, and on whatever further evidence and argument may be allowed with respect to this motion.

Respectfully submitted August 25, 2011,

LELIEVER LAW, P.A.

/s/ W. Andrew LeLiever
W. Andrew LeLiever
*Counsel for Plaintiff*
N.C. State Bar No: 37384
5 W. Hargett St., Ste. 210
Raleigh, NC 27601
Telephone: 919-906-4687
Andrew@lelieverlaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date I electronically filed the foregoing Motion to Strike Affirmative Defenses with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Tracey L. Turnbull
PORTER WRIGHT MORRIS & ARTHUR, LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115
*Counsel for Defendant UCB*

Michael D. Slodov
JAVITCH BLOCK & RATHBONE, LLC
1100 Superior Avenue, 19th Floor
Cleveland, OH 44114
*Counsel for Defendant Citibank, N.A.*

Dated: August 25, 2011.

                              LELIEVER LAW, P.A.

                By:     /s/ W. Andrew LeLiever

                           W. Andrew LeLiever
                           5 W. Hargett St., Ste. 210
                           Raleigh, NC 27601
                           *Counsel for Plaintiff*